UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA S. CHAPMAN, | Case No. 2:26-cv-01184-DC-CSK (PS) |
| Plaintiff, | ORDER |
| v. | (ECF No. 4) |
| TRANSUNION LLC, et al., | |
| Defendants. | |

Plaintiff Veronica S. Lee-Chapman represents herself in this action.[1] On March 30, 2026, Plaintiff requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court granted Plaintiff's motion to proceed IFP on May 11, 2026 and screened the Complaint. 5/11/2026 Order (ECF No. 3).

The Court found Plaintiff stated cognizable claims under 15 U.S.C. § 1681c-2 and 15 U.S.C. § 1681s-2(b) against Defendants TransUnion LLC and Goldman Sachs Bank USA; and granted Plaintiff the option of filing an amended complaint in an attempt to rectify the identified pleading deficiencies in Plaintiff's 15 U.S.C. § 1681i claim against Defendant TransUnion LLC. *Id.* at 4-9. On May 21, 2026, Plaintiff elected to dismiss her 15 U.S.C. § 1681i claim against Defendant TransUnion LLC. (ECF No. 4.) Therefore, the

[1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

Court orders that this case proceed on Plaintiff's Complaint (ECF No. 1) based on Plaintiff's 15 U.S.C. § 1681c-2 claim against Defendant TransUnion LLC and Plaintiff's 15 U.S.C. § 1681s-2(b) claim against Defendant Goldman Sachs Bank USA. Pursuant to Plaintiff's consent, Plaintiff's 15 U.S.C. § 1681i claim against Defendant TransUnion LLC is dismissed without prejudice. (*See* ECF No. 4.)

## I.    CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

2.    The allegations in the Complaint (ECF No. 1) are sufficient at least to state a claim under 15 U.S.C. § 1681c-2 against Defendant TransUnion LLC and a claim under 15 U.S.C. § 1681s-2(b) against Defendant Goldman Sachs Bank USA. *See* 28 U.S.C. § 1915A.

3.    Service of the Complaint is appropriate for the following named defendants:

a.    TransUnion LLC; and

b.    Goldman Sachs Bank USA.

4.    The Clerk of the Court shall send Plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form for each defendant, one summons, an endorsed copy of the Complaint (ECF No. 1), and this Court's initial scheduling order.

5.    Within thirty days from the date this order is filed: Plaintiff is directed to provide to the United States Marshal (501 "I" St., 5th Floor, Sacramento, CA 95814) by mail or by personal delivery, all information needed by the Marshal to effect service of process, including all information required for proper service of summons under Federal Rule of Civil Procedure 4 (see list below); and Plaintiff shall also file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal. To effect service, the court

2

anticipates that the U.S. Marshal will require at least:

    a.    One completed summons for each defendant;

    b.    One completed USM-285 form for each defendant;

    c.    One copy of the endorsed filed Complaint for each defendant and one copy of the endorsed filed Complaint for the U.S. Marshal;

    d.    One copy of this order for each defendant; and

    e.    One copy of this Court's initial scheduling order for each defendant.

6.    Within 90 days from the date of this order, the United States Marshal is directed to serve all process pursuant to Fed. R. Civ. P. 4, including a copy of this order and this Court's initial scheduling order, without prepayment of costs.

7.    In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

8.    The Clerk of the Court is directed to serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.

9.    Plaintiff is cautioned that the failure to comply with this order may result in a recommendation that this action be dismissed.

Dated:  May 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, chap.1184.26

3